In the Matter of The City of New York, Respondent, Relative to Acquiring Title to Real Property Required for the Opening and Extending of Hicks and Amity Streets and for the Public Parks Bounded by Congress and Other Streets in the Borough of Brooklyn. C. Warren Hastings, Appellant;

FRANK Y. GALIB, Awardee, Respondent.— In a condemnation proceeding, resettled order directing payment to certain lienors from a fund on deposit for the benefit of the individual respondent, affirmed, with ten dollars costs and disbursements to respondent Galib. No opinion. Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ., concur.